Hon. Benjamin H. Settle

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| CINDY LUZUNARIS, individually and as Personal Representative of the ESTATE OF DANNY LUZUNARIS, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> CONMED HEALTHCARE MANAGEMENT, INC., a Maryland private corporation; COUNTY OF KITSAP, a public entity; KEITH BATTS, in his individual capacity and as an employee of Conmed Healthcare Management; and DOES 1-25; <br><br> Defendants. | No. 3:13-cv-05637-BHS <br><br> STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS |

The parties, by and through their attorneys of record, and hereby stipulate and agree that all of the plaintiffs' claims against all defendants can be dismissed, with prejudice, and without costs or attorneys' fees to either party.

DATED this __3rd__ day of May, 2014.

PHILLIPS LAW FIRM

By: _/s/_
Joseph J. Ganz, WSBA #3318
Derek Radtke, WSBA #27277
Attorney for Plaintiffs

JOHNSON, GRAFFE,
KEAY, MONIZ & WICK, LLP

By: _/s/_
Donna M. Moniz, WSBA #12762
D. Jeffrey Burnham, WSBA #22679
Attorneys for Defendants ConMed Healthcare Management, Inc., and Kitsap County

STIPULATION & ORDER OF DISMISSAL - 1

JOHNSON, GRAFFE, KEAY,
MONIZ & WICK, LLP
ATTORNEYS AT LAW
925 FOURTH AVENUE, SUITE 2300
SEATTLE, WASHINGTON 98104
PHONE (206) 223-4770
FACSIMILE (206) 386-7344

ORDER

Pursuant to the foregoing stipulation, **IT IS HEREBY ORDERED** that all of Plaintiffs' claims against the defendants are dismissed, with prejudice and without costs. This case is hereby concluded and the trial date shall be stricken.

DONE IN OPEN COURT this 3 day of June, 2014.

_____
Judge Benjamin Settle

Presented by:

JOHNSON, GRAFFE,
KEAY, MONIZ & WICK, LLP

By:_____
Donna M. Moniz, WSBA #12762
D. Jeffrey Burnham, WSBA #22679
Attorneys for Defendants ConMed
Healthcare Management, Inc., Kitsap County

PHILLIPS LAW FIRM

By:_____
Joseph J. Ganz, WSBA #3318
Derek Radtke, WSAB #27277
Attorney for Plaintiffs

STIPULATION & ORDER OF DISMISSAL - 2

JOHNSON, GRAFFE, KEAY,
MONIZ & WICK, LLP
ATTORNEYS AT LAW
925 FOURTH AVENUE, SUITE 2300
SEATTLE, WASHINGTON 98104
PHONE (206) 223-4770
FACSIMILE (206) 386-7344